**Order entered January 8, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00347-CR

**DANIEL ANDRE THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F19-00118-L**

## ORDER

Before the Court is the State's January 6, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received that same date filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE